UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD SHORTRIDGE AND
LAURA SHORTRIDGE,

        NO. Civ.S-12-0605 LKK/GGH

    Plaintiffs,

   v.

        **ORDER RE DISPOSAL**
        **DOCUMENTS AFTER**
PORTFOLIO RECOVERY         **NOTIFICATION OF SETTLEMENT**
ASSOCIATES, LLC,

    Defendant.
                             /

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2       IT IS SO ORDERED.

3       DATED:  May 30, 2012.

```
                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```