# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD SHORTRIDGE AND LAURA SHORTRIDGE, <br> Plaintiffs, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC, <br> Defendant. | ) Case No 2:12-CV-00605-LKK-GGH <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 27th day of June, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order to Dismiss - 1